NUMBER
13-02-188-CR

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

__________________________________________________________________

 

MARIA OLIVIA VASQUEZ,                                                     Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

__________________________________________________________________

 

                        On
appeal from the 107th District Court 

                                 of Cameron County, Texas.

___________________________________________________________________

 

                                   O
P I N I O N

 

                   Before
Justices Dorsey, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 








Appellant, MARIA OLIVIA VASQUEZ,
perfected an appeal from a judgment entered by the 107th
District Court of Cameron County, Texas,  in cause number 2001-CR-1200-A.  Appellant has filed a motion to dismiss the
appeal.  The motion complies with Tex. R. App. P. 42.2(a).

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted.  Appellant's motion to
dismiss the appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 23rd
day of May, 2002.